IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MESSER-BOWERS COMPANY,<br><br>Defendant. | **8:24CV295**<br><br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

Defendant's Unopposed Motion to Amend Final Progression Order, Filing No. 51, is granted.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1)    The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for May 19, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **July 14, 2026** at **1:30 p.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is July 13, 2026.

3)    The deadline for filing motions to dismiss and motions for summary judgment is August 10, 2026.

1

4)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 10, 2026.

5)    Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6)    All other deadlines and provisions in the Court's Final Progression Order, Filing No. 27, not amended herein remain unchanged.

Dated this 15th day of April, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

2